JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gold Value International Textile, Inc. d/b/a "Fiesta Fabric," <br><br> Plaintiff, <br><br> v. <br><br> Dillard's Inc., et al., <br><br> Defendants. | Case No.: 2:25-cv-08867-FMO-SSC <br> *Hon. Fernando M. Olguin Presiding* <br><br><br> **ORDER GRANTING STIPULATION [50] TO DISMISS ACTION WITH PREJUDICE** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.    This action is dismissed with prejudice; and

2.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO ORDERED.

Dated:  June 22, 2026           By: _____/s/_____
                                                      HON. FERNANDO M. OLGUIN
                                                      UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE